PEOPLE, Appellant, v. FIRTH, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Proceeding by the People of the State of New York against Alfred G. Firth. No opinion. Motion granted.

PEOPLE v. FREW et al. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Proceeding by the People of the State of New York against Samuel Frew and John Cauley. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. GALLAGHER. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York against Peter Gallagher. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GREENBERG. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Proceeding by the People of the State of New York against William Greenberg. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. HOROWITZ. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York against C. S. Horowitz. No opinion. Motion granted, on defendant stipulating to vacate certificate of reasonable doubt, and time extended to April 8, 1913. Settle order on notice. See, also, 140 N. Y. Supp. 437.

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People against Edgar R. Jackson. No opinion. Motion granted. Time extended to March 10, 1913. Settle order on notice.

PEOPLE, Respondent, v. JASPER, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Proceeding by the People of the State of New York against John Jasper. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. KARPEL, Appellant. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Proceeding by the People of the State of New York against David Karpel. No opinion. Judgment of conviction of the County Court of Kings County affirmed. See, also, 138 N. Y. Supp. 1134.

PEOPLE v. KELLY. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York against Vincent Kelly. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. KEMPNER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York against Louis Kempner and others. K. H. Rosenberg, of New York City, for appellants. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 153 App. Div. 896, 138 N. Y. Supp. 1134.

PEOPLE, Respondent, v. LAPOLLA, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Proceeding by the People of the State of New York against Joseph Lapolla. No opinion. Judgment of conviction of the Court of Special Sessions affirmed, on the authority of People v. Brown, 153 App. Div. 234, 138 N. Y. Supp. 7, decided November 15, 1912.

PEOPLE, Respondent, v. LASKOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Proceeding by the People of the State of New York against Abraham Laskowitz.

PER CURIAM. Judgment of conviction and order of the County Court of Queens County reversed, and new trial ordered, on the ground of error in the admission of testimony of the witness Reynolds as to statements made by one Fine as to other and unrelated transactions, and as to which the defendant made prompt denial. See People v. Kennedy, 164 N. Y. 449, 58 N. E. 652.

PEOPLE v. LEVY. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Proceeding by the People of the State of New York against Israel Levy. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. MAGNOTTI, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Proceeding by the People of the State of New York against Romeo Magnotti. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Proceeding by the People of the State of New York against Morris Miller and another. M. A. Sachs, of New York City, for appellants. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. NADEL et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Proceeding by the People against Louis Nadel, impleaded with others. No opinion. Motion granted, by extending defendant's time to April 15th; but no further extension will be granted. Settle order on notice.